AO 240A (Rev. 12/0_

# UNITED STATES DISTRICT COURT
Eastern District of California

JESUS BETANZO BASILIO

             Plaintiff,

v.

CITY OF FAIRFIELD, CITY OF FAIRFIELD
POLICE DEPARTMENT, WALT TIBBET, and
DOES 1 TO 100

             Defendant.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 2:16cv0392 JAM EFB

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☑ GRANTED

    ☑ The clerk is directed to file the complaint.

    ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 24th day of February, 2016.

                                      Signature of Judge

                                      John A. Mendez, U.S.D.C.J.
                                      Name and Title of Judge