Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990
gfox@bfesf.com

Attorneys for Defendants
City of Fairfield, City of Fairfield Police Department
and Chief Walt Tibbet

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BETANZO BASILIO<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, CITY OF FAIRFIELD POLICE DEPARTMENT, WALT TIBBET, DOES 1 TO 100<br><br>    Defendants. | Case No. 2:16-cv-00392-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT**<br><br><br>Honorable John A. Mendez |

    Plaintiff JESUS BETANZO BASILIO and Defendants CITY OF FAIRFIELD, CITY OF FAIRFIELD POLICE DEPARTMENT[1], WALT TIBBET (hereinafter "DEFENDANTS"), by and through their counsel of record, hereby represent to the Court as follows:

    On February 23, 2016, Plaintiff filed his Complaint in the above captioned action. The CITY OF FAIRFIELD POLICE DEPARTMENT was served on March 7, 2016. Therefore, pursuant to the standing Order Requiring Joint Status Report, the parties' report is due May 6, 2016.

    Plaintiff's counsel, Michael Pierson, has recently completed a trial in the case of *People v. Desi Ray Adsuara*, Conta Costa County, # 1-175224-5.

---

[1] The Fairfield Police Department is a department of the CITY OF FAIRFIELD and is not a separate legal entity. The CITY thus stipulates on behalf of the "Fairfield Police Department".

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO SUBMIT JOINT STATUS REPORT
*Basilio v. City of Fairfield, et. al.,* USDC Eastern Dist. Case No. 2:16-cv-00392-JAM-EFB

Counsel for Defendants, Gregory Fox, has a trial in the case of *Borsa v. City of Fremont*, Alameda County Court Case No. HG14712658, before Judge Julia Spain scheduled to begin on May 5, 2016.

The schedules of counsel have limited the ability of the parties to meet and confer regarding preparation of the joint status report. A 30-day extension of time to prepare and submit the joint status report will allow the parties adequate time to prepare a full and complete joint status report, including a discovery schedule and plan.

Therefore, the parties request that the deadline to submit a joint status report now set for May 6, 2016 be continued by 30 days to June 3, 2016.

Dated: May 5, 2016         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                           By: */s/ Gregory M. Fox*
                               Gregory M. Fox
                               Attorneys for Defendants
                               CITY OF FAIRFIELD, CITY OF FAIRFIELD
                               POLICE DEPARTMENT AND CHIEF WALT
                               TIBBET

Dated: May 5, 2016         LIFE LAW GROUP, LLP

                           By: */s/ Michael Pierson (as authorized on 5/5/16)*
                               Michael Pierson
                               Attorneys for Plaintiff
                               JESUS BETANZO BASILIO

**ELECTRONIC CASE FILING ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: May 5, 2016         /s/ *Gregory M. Fox*
                           Gregory M. Fox

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2016

/s/ John A. Mendez
DISTRICT JUDGE JOHN A. MENDEZ