1  Gregory M. Fox, State Bar No. 070876
2  Parry A. Stender Black, State Bar No. 291472
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone:    (415) 353-0999
5  Facsimile:    (415) 353-0990
   gfox@bfesf.com
6  pblack@bfesf.com

7  Attorneys for Defendants
   City of Fairfield, City of Fairfield Police Department
8  and Chief Walt Tibbet

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  JESUS BETANZO BASILIO                Case No. 2:16-cv-00392-JAM-EFB

13         Plaintiff,

14  v.                                   **STIPULATION AND ORDER TO EXTEND TIME
                                         TO EXCHANGE RULE 26 INITIAL
15  CITY OF FAIRFIELD, CITY OF FAIRFIELD DISCLOSURES**
    POLICE DEPARTMENT, WALT TIBBET,
16  DOES 1 TO 100

17                                       Honorable John A. Mendez
           Defendants.
18

19         Plaintiff JESUS BETANZO BASILIO and Defendants CITY OF FAIRFIELD, CITY OF

20  FAIRFIELD POLICE DEPARTMENT[1], WALT TIBBET (hereinafter "DEFENDANTS"), by and

21  through their counsel of record, hereby represent to the Court as follows:

22         The parties filed a Joint Status Report Pursuant to Standing Order on June 3, 2016.  In it,

23  Plaintiffs requested that parties exchange Rule 26 initial disclosures on July 15, 2016 and Defendants

24  proposed to exchange disclosures per the default deadlines of the Federal Rules.

25         Defendants filed a Motion to Dismiss on April 11, 2016.  That Motion was set for hearing on

26

27  _____
    [1] The Fairfield Police Department is a department of the CITY OF FAIRFIELD and is not a separate
28  legal entity.  The CITY thus stipulates on behalf of the "Fairfield Police Department".

June 14, 2016, but the matter was ordered submitted without argument on June 13, 2016.  No Order on that Motion has been issued and no Case Management Conference is on calendar.

Because the pleadings in this case are not yet settled, the parties therefore stipulate and request that the deadline to exchange Rule 26 initial disclosures be set for 30 days after receiving a decision on Defendants' pending Motion to Dismiss.

Dated:  July 14, 2016

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Parry Black*
     Gregory M. Fox
     Parry A. Black
     Attorneys for Defendants
     CITY OF FAIRFIELD, CITY OF FAIRFIELD
     POLICE DEPARTMENT AND CHIEF WALT
     TIBBET

Dated:  July 14, 2016

LIFE LAW GROUP, LLP

By: */s/ Michael Pierson (as authorized on 7/13/16)*
    Michael Pierson
    Attorneys for Plaintiff
    JESUS BETANZO BASILIO

## ELECTRONIC CASE FILING ATTESTATION

I, Parry A. Black, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: July 14, 2016

*/s/ Parry A. Black*
Parry A. Black

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 14, 2016

/s/ John A. Mendez
DISTRICT JUDGE JOHN A. MENDEZ

2