Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BETANZO BASILIO | Case No. 2:16-cv-00392-JAM-EFB |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** FED. R. CIV. P. 41(a)(1)(A)(ii) |
| CITY OF FAIRFIELD, CITY OF FAIRFIELD POLICE DEPARTMENT, WALT TIBBET, DOES 1 TO 100 | |
| Defendants. | **Honorable John A. Mendez** |

Plaintiff, Jesus Betanzos Basilio, and Defendant City of Fairfield have resolved this case in its entirety. Therefore, the parties, by and through their counsel of record, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Both parties respectfully request that the Court dismiss this action in its entirety with prejudice.

IT IS SO STIPULATED.

Dated: June 14, 2018                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                        By: */s/ Parry A. Black*_____
                                            Gregory M. Fox
                                            Parry A. Black
                                            Attorneys for Defendant
                                            CITY OF FAIRFIELD


Dated: June 13, 2018                    LIFE LAW GROUP, LLP


                                        By: */s/ Patanisha Davis-Jenkins*_____
                                            Michael S. Pierson
                                            Patanisha Davis-Jenkins
                                            Attorneys for Plaintiff
                                            JESUS BETANZO BASILIO




## ELECTRONIC CASE FILING ATTESTATION

I, Parry A. Black, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.


Dated: June 14, 2018                            */s/ Parry A. Black*_____
                                                Parry A. Black




**IT IS SO ORDERED.**




Dated:  6/14/2018                          /s/ John A. Mendez_____
                                           UNITED STATES DISTRICT JUDGE